| | | |
|---|---|---|
| People v Ramsaran | 3d Dept: 141 AD3d 865 (Chenango) | granted 11/28/16 (Pigott, J.) |
| People v Rhodes | 2d Dept: 142 AD3d 679 (Queens) | denied 11/21/16 (Stein, J.) |
| People v Rivenburgh | App Div, 3d Dept: 2016 NY Slip Op 63361(U) (Ulster) | dismissed 11/1/16 (Fahey, J.) |
| People v Rivera | 2d Dept: 133 AD3d 894 (Nassau) | denied 11/28/16 (Rivera, J.) |
| People v Roberts (Kerri) | 1st Dept: 138 AD3d 461 (NY) | denied 11/1/16 (Pigott, J.) |
| People v Roberts (Kerri) | 1st Dept: 138 AD3d 461 (NY) | granted 11/1/16 (Pigott, J.) |
| People v Sanders | County Ct, 6/15/16 (Oneida) | denied 11/22/16 (Fahey, J.) |
| People v Segura | App Div, 2d Dept: 2016 NY Slip Op 79994(U) (Nassau) | dismissed 11/9/16 (DiFiore, Ch. J.) |
| People v Serrano | App Term, 2d Dept, 9th & 10th Jud Dists: 53 Misc 3d 67 (Suffolk) | withdrawn 11/30/16 (DiFiore, Ch. J.) |
| People v Sherrod | 4th Dept: 136 AD3d 1353 (Erie) | denied reconsideration 11/22/16 (Garcia, J.) |
| People v Simmons | 2d Dept: 136 AD3d 640 (Westchester) | denied 11/22/16 (Pigott, J.) |
| People v Spann | 2d Dept: 142 AD3d 720 (Queens) | denied 11/21/16 (Pigott, J.) |
| People v Sposito | 3d Dept: 140 AD3d 1308 (Albany) | granted 11/10/16 (Pigott, J.) |
| People v Stepney | App Div, 4th Dept, 8/31/16 (Onondaga) | dismissed 11/28/16 (Abdus-Salaam, J.) |
| People v Stokes | 3d Dept: 141 AD3d 1032 (Albany) | denied 11/30/16 (DiFiore, Ch. J.) |
| People v Sylvester | App Term, 1st Dept: 52 Misc 3d 144(A) (NY) | denied 11/17/16 (DiFiore, Ch. J.) |
| People v Tai | App Div, 1st Dept: 2016 NY Slip Op 69509(U) (NY) | denied reconsideration 11/4/16 (Rivera, J.) |
| People v Tai Chi Chuan | App Div, 1st Dept: 2016 NY Slip Op 69509(U) (NY) | denied reconsideration 11/4/16 (Rivera, J.) |
| People v Taylor | 1st Dept: 134 AD3d 508 (NY) | denied 11/1/16 (Pigott, J.) |
| People v Tedesco | 4th Dept: 143 AD3d 1279 (Erie) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Tennessee | 3d Dept: 142 AD3d 739 (Ulster) | denied 11/1/16 (Fahey, J.) |